**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

2010 NOV -5 AM 11: 53
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

October 28, 2010

Office of the Clerk
U.S. District Court - Hon. Richard A. Lazzara
Middle District of Florida
801 North Florida Ave., 2nd Floor
Tampa, FL 33602

**FILED**
NOV 1 5 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:   USA-v-Lopez
Case Number: 3:10-MJ-70668 MAG
Charges:     21:846 and 841- Possession/Distribution of Narcotics

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Joseph C. Spero. The following action has been taken:

    ( )    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    (X)    The defendant has a court appearance in your court on:

**November 10, 2010 at 9:00a.m., Courtroom 15B before Hon. Judge Richard A. Lazzara**

Enclosed are the following documents:
    original Rule 40 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*
    certified Docket Sheet

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Simone Voltz
Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

Date: __11/8/2010__

**CLERK, U.S. DISTRICT COURT**

By _____
Deputy Clerk